PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Vahram Aynilian  Cr.: 1:10cr687-1
PACTS Number: 56714

Name of Sentencing Judicial Officer: The Honorable John D. Rainey,
Sr. United States District Judge - SD/TX

Name of New Judicial Officer: The Honorable Jose L. Linares,
United States District Judge - D/NJ

Date of Original Sentence: 07/08/10

Original Offense: Smuggling Goods From the United States

Original Sentence: Three (3) years probation

Type of Supervision: Probation  Date Supervision Commenced: 07/08/10

## PETITIONING THE COURT

[ ] To extend the term of supervision for     Years, for a total term of     Years.
[X] To modify the conditions of supervision as follows. The removal of the following mandatory condition(s):

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic tests thereafter, as determined by the court.

## CAUSE

The offender has no history of substance abuse and is eligible for reduced supervision if the above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

Respectfully submitted,

By: Patrick Hattersley
U.S. Probation Officer
Date: 11/10/11

THE COURT ORDERS:

[ ✓ ] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

11/14/11
_____
Date